United States District Judge FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KELLY J. STAPLES, )
            Plaintiff, ) CIVIL NO. C03-5394FDB
)
vs. ) ORDER FOR ATTORNEY'S FEES
) PURSUANT TO 42 U.S.C. § 406(b)
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
)
)

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), Defendant stating that she has no objections to the amount sought, and good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $9,793.50 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fee of $5,812.90 that previously was awarded, leaving a net fee of $3,980.60 from the remaining $4,293.50 being withheld for possible attorney fees. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [C03-5394FDB] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

send to Plaintiff's attorney the net balance of $3,980.60, minus any applicable processing fees as allowed by statute.

DATED this 6th day of June 2005.

*[signature]*

FRANKLIN D. BURGESS

UNITED STATES DISTRICT JUDGE

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [C03-5394FDB] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055